1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Hector Arizmendi Vital
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | HECTOR ARIZMENDI VITAL,            | ) Case No.: 2:16-cv-00923-MRW
11 |                                    | )
   |              Plaintiff,            | ) ORDER AWARDING EQUAL
12 |                                    | ) ACCESS TO JUSTICE ACT
   |        vs.                         | ) ATTORNEY FEES PURSUANT TO
13 | CAROLYN W. COLVIN, Acting          | ) 28 U.S.C. § 2412(d)
   | Commissioner of Social Security,   | )
14 |                                    | )
15 |              Defendant             | )
   |                                    | )
16

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,500 as
20
   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21

22 DATE: January 23, 2017
23                                          _____
24                                          THE HONORABLE MICHAEL R. WILNER
                                            UNITED STATES MAGISTRATE JUDGE
25
26

                                    -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3     /s/ *Brian C. Shapiro*
   _____
Brian C. Shapiro
4  Attorney for plaintiff Hector Arizmendi Vital

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26